FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   JAN 18 2011   ★

LONG ISLAND OFFICE

United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

11 CV 252

1) indicated that this case is related to the following case(s):

11 CV 213

-OR-

2) the case was directly assigned to Judge _____ and

Magistrate Judge _____ as a Pro Se or Habeas case related to

____ CR/CV_____.