UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VERIZON NEW YORK, INC. and LONG ISLAND
LIGHTING COMPANY d/b/a LIPA,                    Index No. CV11-0252
                            Plaintiffs,

                                         **NOTICE OF APPEARANCE**
                                           (Seybert, J)
                                           (Tomlinson, MJ)

- against –
-
THE VILLAGE OF WESTHAMPTON BEACH, THE
VILLAGE OF QUOGUE and THE TOWN OF
SOUTHAMPTON,
                            Defendants.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Marci A. Hamilton, Esq., hereby appears on behalf of the VILLAGE OF QUOGUE. This notice is solely for the purpose of receiving ECF alerts from the district court and does not in any way affect the defendant's right to contest jurisdiction or service.

                                           Respectfully submitted,

                                           Marci A. Hamilton, Esq.
                                           Admitted pro hac vice
                                           36 Timber Knoll Drive
                                           Washington Crossing, PA 18977
                                            (215) 353-8984

                                           _____/S/_____

TO:    Jeltje deJong (JD/4452)
        Attorneys for VILLAGE OF QUOGUE
        50 Route 111
        Smithtown, New York 11787
        (631)724-8833
(VIA ECF)

        Michael E. Wiles, Esq.
        DEBEVOISE & PLIMPTON LLP

    Attorneys for Plaintiff Verizon New York, Inc.
    919 Third Avenue
    New York, New York 10022
    (212)909-6000
(VIA ECF)

    Ronald J. Tenpas, Esq.
    Kelly A. Moore, Esq.
    MORGAN, LEWIS & BOCKIUS LLP
    Attorneys for LIPA
    101 Park Avenue
    New York, New York 10178
    (212)309-6000
(VIA ECF)

    Brian Sokoloff, Esq.
    SOKOLOFF STERN LLP
    Attorneys for Westhampton Beach
    355 Post Avenue, Suite 201
    Westbury, New York 11590
    (516)334-4500
(VIA ECF)

    Maureen Liccione, Esq.
    Jaspan Schlesinger LLP
    Attorneys for the Town of Southampton
    300 Garden City Plaza
    Garden City, New York 11530
    Phone: 516 746 8000
    Fax:    516 393 8282
(VIA ECF)