UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
VERIZON NEW YORK INC. and
LONG ISLAND LIGHTING COMPANY
d/b/a LIPA,

                                             Plaintiff(s),        <u>ORDER</u>

        -against-                                    CV 11-0252 (JS) (ETB)

THE VILLAGE OF WESTHAMPTON BEACH,
THE VILLAGE OF QUOGUE and
THE TOWN OF SOUTHAMPTON,

                                            Defendant(s).
------------------------------------------------------------------------X

       The initial conference previously scheduled for May 25, 2011 at 11:00 a.m. before the undersigned has been rescheduled for June 1, 2011 at 11:00 a.m. at the Alfonse M. D'Amato U.S. Courthouse, Courtroom 830, Central Islip, New York. All counsel shall be present.

       No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference. All requests should be in writing, on consent of all parties, and contain at least two (2) adjourned dates on which all parties are available. In the absence of consent, an explanation of counsel's efforts to obtain agreement should be stated. All requests for adjournments should be sent to chambers via ECF on notice to all parties.

       Plaintiffs' counsel is directed to serve a copy of this Order on counsel for all parties appearing in this case.

**SO ORDERED:**

Dated:  Central Islip, New York
         May 16, 2011

                                                                     /s/ E. Thomas Boyle
                                                                     E. THOMAS BOYLE
                                                                     United States Magistrate Judge