# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

July 5, 2011

Magistrate Judge E. Thomas Boyle
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: *Verizon New York, Inc. v. Village of Westhampton Beach*, No. 11-CV-252

Dear Magistrate Judge Boyle:

We represent Verizon New York, Inc. in *Verizon New York, Inc., et al. v. Village of Westhampton Beach, et. al.*, No. 11-CV-252.  This case is related to *East End Eruv Association, et al. v. Village of Westhampton Beach, et. al.*, No. 11-CV-213.  Both cases are currently scheduled for initial scheduling conferences before your Honor for July 12, 2011 at 11 a.m.

A preliminary injunction hearing was recently held before Judge Wexler in the *East End Eruv Association* case.  At the close of the hearing, Judge Wexler ordered post-hearing briefing.  Initial briefs will be due on July 19, 2011, and replies will be due on July 26, 2011.  Due to the pendency of the post-hearing briefing, we respectfully request an adjournment of the scheduling conferences currently scheduled for July 12, 2011.  This request is submitted with the consent of all the parties.

    Respectfully submitted,

/s/ Erica S. Weisgerber

Erica S. Weisgerber
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
*Attorney for Verizon New York Inc.*

cc:    All Counsel (via ECF)