**Certificate of Service**

I hereby certify that on September 11, 2012, the *Notice of Appearance for David Lazer* was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

**Brian S. Sokoloff bsokoloff@sokoloffstern.com**

**David Lazer lazer@larypc.com, fox@larypc.com**

**Erica Weisgerber eweisgerber@debevoise.com**

**Jeltje DeJong J.dejong@devittspellmanlaw.com, J.Pfaeffle@devittspellmanlaw.com**

**Kelly Anne Moore kelly.moore@morganlewis.com**

**Leo Dorfman ldorfman@sokoloffstern.com**

**Marci A. Hamilton hamilton.marci@gmail.com, hamilton02@aol.com**

**Maureen T. Liccione mliccione@jshllp.com**

**Michael E. Wiles mewiles@debevoise.com, mao-ecf@debevoise.com**

**Michele A. Pincus mpincus@lipower.org**

**Robert V. Guido rguido@jaspanllp.com, robg02@aol.com**

**Ronald J. Tenpas rtenpas@morganlewis.com**

**Stanley A. Camhi scamhi@jshllp.com**

**Timothy F. Hill thill@skmlaw.net**

             LAZER, APTHEKER, ROSELLA
              & YEDID, P.C.

             BY: _s/ David Lazer_____
               DAVID LAZER (DL7441)
             *Co-Counsel for Plaintiff:*
             *Long Island Lighting Company d/b/a LIPA*
             225 Old Country Road
             Melville, New York  11747
             Phone: (631) 761-0810
             Fax: (631) 761-0719
             Email: lazer@larypc.com