UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VERIZON NEW YORK INC. and LONG ISLAND LIGHTING COMPANY d/b/a LIPA,

                           Plaintiffs,

-against-

THE VILLAGE OF WESTHAMPTON BEACH, THE VILLAGE OF QUOGUE and THE TOWN OF SOUTHAMPTON,

                           Defendants.

11-CV-252 (LDW)

## DECLARATION OF RONALD J. TENPAS

I, RONALD J. TENPAS, declare as follows:

1. I am admitted to practice *pro hac vice* before this Court, and a member of the law firm of Morgan, Lewis & Bockius LLP, counsel for Long Island Lighting Company d/b/a LIPA ("LIPA").

2. I submit this declaration in support of LIPA's Opposition to Westhampton Beach's Motion for Summary Judgment and for Preliminary Injunction.

3. In support of this motion, I attach true and correct copies of the following exhibits:

| Ex. | Name |
|---|---|
| 1. | Preliminary Injunction Hearing, *East End Eruv Assoc. v. Village of Westhampton Beach*, 11-cv-213 (E.D.N.Y.), Tr. 279 |

| 2. | Application for Permission to Attach to or Use Poles Located in Public Streets or Public Places, Westhampton Beach St. Patrick's Day |
| --- | --- |
| 3. | Application for Permission to Attach to or Use Poles Located in Public Streets or Public Places, Holy Family Parish |
| 4. | Application for Permission to Attach to or Use Poles Located in Public Streets or Public Places, Don Scott Memorial Foundation |
| 5. | Application for Permission to Attach to or Use Poles Located in Public Streets or Public Places, Plainedge Union Free School District |
| 6. | Application for Permission to Attach to or Use Poles Located in Public Streets or Public Places, Town of Islip Earth Day Celebration |
| 7. | Preliminary Injunction Hearing, East End Eruv Assoc. v. Village of Westhampton Beach, 11-cv-213 (E.D.N.Y.), Tr. 14, 18-19 |
| 8. | Letter of M. Pincus, May 25, 2012 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, DC
September 12, 2012

_____
Ronald J. Tenpas