# DEVITT SPELLMAN BARRETT, LLP

ATTORNEYS AND COUNSELLORS AT LAW
50 Route 111
Smithtown, New York 11787
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com

| | |
|---|---|
| THOMAS J. SPELLMAN, JR. | ANDRE N. POULIS |
| WILLIAM J. BARRETT | KENNETH M. SEIDELL |
| KEVIN M. SPELLMAN | JOHN M. SHIELDS |
| JELTJE de JONG | |
| FRANCIS J. TIERNEY | STEPHAN D. TRACE |
| DAVID S. PALLAI | KELLY E. WRIGHT |
| JOHN M. DENBY | NICHOLAS M. BRINO |
| DAVID H. ARNTSEN | CHARLES W. BORGHARDT |
| | JOSHUA S. SHTEIERMAN |
| _Retired_ | _Of Counsel_ |
| JOSEPH P. DEVITT | THOMAS SICA |
| | STEFANIE AFFRONTI |
| | DEBORAH C. ZACHARY |

October 3, 2012

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York   11722

Re:  <u>Verizon New York v. Westhampton Beach, et al</u>, CV 11-0252 (LDW)(AKT)

Dear Magistrate Judge Tomlinson:

We represent the Village of Quogue in the above referenced matter.  We write to request a one-week extension of time for the Village to serve discovery requests, from September 26, 2012 to October 3, 2012.  This Court has already granted this request to co-defense counsel for the Village of Westhampton Beach by order issued September 28, 2012.  The request is necessary due to personal scheduling.  The plaintiffs have consented to my request.  It is agreed that they will receive an additional week to respond to the discovery demands which will be served by the Village.

This is our first request.  Thank you for your courtesies.

Sincerely,
/S/
Jeltje deJong

Cc:  All counsel (VIA ECF)