# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

February 1, 2013

Honorable A. Kathleen Tomlinson
U.S. District Court for the Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

**Verizon New York Inc., et al. v. The Village of Westhampton Beach, et al., 11-cv-252 (LDW) (AKT)**

Dear Judge Tomlinson:

We represent plaintiff Verizon New York Inc. ("Verizon") in the above-referenced action. We write on behalf of all parties to the action to request a brief extension of the deadline for the completion of production of a substantial portion of each party's documents. Specifically, the parties request a three-week extension of the "substantial portion of production" deadline found in the parties' Stipulation Regarding the Production of Documents and Electronically Stored Information, from February 7, 2013 until March 1, 2013. The parties do not request the extension of any other deadlines as a result of this extension.

The parties exchanged written responses to interrogatories and document requests on January 3, 2013. Parties have also begun exchanging letters to resolve any potential discovery disputes arising out of the written responses. In addition, the parties also finalized ESI search terms lists earlier this month. All parties have been collecting and reviewing their internal documents, and some parties have begun rolling productions of their documents already. On January 31, 2013, all counsel held a productive meet-and-confer to discuss the status of each party's production. Each counsel discussed the status of their internal document collection and review. All counsel agreed that, despite attempts to narrow down the realm of potentially responsive documents by engaging in ongoing discussions about ESI search terms, the February 7, 2013 "substantial portion of production" deadline was not feasible. The parties intend to continue producing documents on a rolling basis, and this modest three-week extension would allow parties to ensure that their productions are near complete by March 1, 2013.

Accordingly, all parties to this action respectfully request that Your Honor approve their request for an extension of the date for production of a substantial portion of each party's documents until March 1, 2013.

               Respectfully submitted,

               /s/ Erica S. Weisgerber

               Erica S. Weisgerber


cc:  All Counsel (via ECF)

Case 2:11-cv-00252-LDW-AKT   Document 82   Filed 02/01/13   Page 2 of 4 PageID #: 1677

Dated: February 1, 2013
      New York, New York

By: /s/ Erica S. Weisgerber

**DEBEVOISE & PLIMPTON LLP**
Erica S. Weisgerber
919 Third Avenue
New York, New York 10022
eweisgerber@debevoise.com
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Counsel for Verizon New York, Inc.*

Dated: February 1, 2013
      Westbury, New York

By: /s/ Leo Dorfman

**SOKOLOFF STERN LLP**
Brian S. Sokoloff
Leo Dorfman
355 Post Avenue, Suite 201
Westbury, New York 11590
bsokoloff@sokoloffstern.com
ldorfman@sokoloffstern.com
Telephone: (516) 334-4500
Facsimile: (516) 334-4501

*Counsel for Defendant The Village of Westhampton Beach*

Dated: February 1, 2013
      New York, New York

By: /s/ Ronald J. Tenpas

**MORGAN, LEWIS & BOCKIUS LLP**
Ronald Tenpas
1111 Pennsylvania Avenue, NW
Washington DC 20004
rtenpas@morganlewis.com
Telephone: (202) 739-5435
Facsimile: (202) 739-3001

*Counsel for Long Island Lighting Company d/b/a LIPA.*

Dated: February 1, 2013
      Garden City, New York

By: /s/ Robert V. Guido

**JASPAN SCHLESINGER LLP**
Maureen T. Liccione
Robert V. Guido
300 Garden City Plaza
Garden City, New York 11530
mliccione@jaspanllp.com
rguido@jaspanllp.com
Telephone: (516) 746-8000
Facsimile: (516) 393-8282

*Counsel for Defendant The Town of Southampton*

        Dated:  February 1, 2013
                Smithtown, New York

        By:  /s/ Jeltje deJong

DEVITT SPELLMAN BARRETT, LLP
Jeltje deJong
50 Route 111
Smithtown, New York 11787
j.dejong@devittspellmanlaw.com
Telephone:  (631) 724-8833
Facsimile:  (631) 724-8010

*Counsel for Defendant The Village of Quogue*

SO ORDERED this ___ day of _____ 2013:

_____

Hon. A. Kathleen Tomlinson

United States Magistrate Judge