**CIVIL CAUSE**
**FOR MOTION/ARGUMENT**

**BEFORE: WEXLER, J.**        **DATE: FEBRUARY 4,  2013**        **TIME:11:00 a.m.**

**DOCKET #:    CV 11-0213**                         **TOTAL TIME: 2 HRS**
**TITLE:        EEEA        V.    THE VILLAGE OF WESTHAMPTON BEACH, et a**
                **CV 11-0252     VERIZON    V.    WESTHAMPTON, et al**
                **CV 12-3760     JEWISH PEOPLE    V.    WESTHAMPTON, et al**

         **APPEARANCES:**

             **PLTFF        ROBERT G. SUGARMAN, ESQ**
                          **YEHUDAH BUCHWEITZ, ESQ**

             **VERIZON        ERICA WEISGERBER, ESQ**

             **LILCO        RONALD J. TENPAS, ESQ**
                          **MICHELE A. PINCUS, ESQ**

             **DEFTS        JELTJE DeJONG, ESQ**
                          **MARCI HAMILTON, ESQ**
                          **BRIAN S. SOKOLOFF, ESQ**
                          **LEO DORFMAN, ESQ**
                          **MAUREEN T. LICCIONE, ESQ**

         **COURT REPORTER        OWEN WICKER**

**CASE CALLED.**

**COUNSEL PRESENT.**

**CONFERENCE HELD.**

**DISPOSITIVE MOTIONS AND MOTION PRELIMINARY INJUNCTION.**

**ARGUMENTS HEARD.**

**SEE ORDERS, DATED 2/4/2013, FOR DETAILS.**

**NON-JURY TRIAL ON APRIL 15, 2013 @ 9:30 AM..**

**PROCEEDING CONCLUDED.**