# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

March 12, 2013

Honorable Leonard D. Wexler
U.S. District Judge
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Verizon New York, Inc. v. The Village of Westhampton Beach, et al., No. 11-CV-252**

Dear Judge Wexler:

We represent Verizon New York Inc. ("Verizon") in the above-referenced action.  We write on behalf of all parties regarding the stipulation of undisputed facts and proposed conclusions of law that Verizon, LIPA, the Village of Quogue, and the Village of Westhampton Beach have been working on.  All parties respectfully request a third and final extension to Friday, March 15 to file the final stipulation of undisputed facts and each party's proposed conclusion of law.

The parties have been engaging in a productive dialogue regarding the stipulation regarding Verizon and LIPA's authority to attach items on their utility poles in Westhampton Beach and Quogue.  At this juncture, the parties have almost finalized the stipulation and now intend to complete their conclusions of law for filing by Friday.

Thank you for your consideration of this matter.

           Respectfully submitted,

           /s/ Erica S. Weisgerber

           Erica S. Weisgerber
           Debevoise & Plimpton LLP
           *Attorneys for Verizon New York Inc.*