**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VERIZON NEW YORK INC. and LONG ISLAND LIGHTING COMPANY d/b/a LIPA,<br><br>         Plaintiffs,<br><br>    -against-<br><br>THE VILLAGE OF WESTHAMPTON BEACH, THE VILLAGE OF QUOGUE and THE TOWN OF SOUTHAMPTON,<br><br>         Defendants. | **11-CV-252 (LDW)**<br><br>**DECLARATION** |

### DECLARATION OF ERICA S. WEISGERBER

I, ERICA S. WEISGERBER, declare as follows:

1. I am admitted to practice before this Court, and an associate of the law firm of Debevoise & Plimpton LLP, counsel for Verizon New York, Inc. ("Verizon").

2. I submit this declaration in support of Verizon's Proposed Conclusions of Law, together with the Joint Stipulation of Facts Regarding Verizon's and LIPA's Authority to License Attachments to Their Utility Poles.

3. In support of the Joint Stipulation of Facts Regarding Verizon's and LIPA's Authority to License Attachments to Their Utility Poles and Verizon's Proposed Conclusions of Law, I attach a true and correct copy of the following exhibit:

| Ex. | Name |
|-----|------|
| 1. | April 4, 1986 Pole Attachment Agreement between New York Telephone Company and the Village of Quogue |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 20, 2013

_Erica S. Weisgerber_
Erica S. Weisgerber

2