UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VERIZON NEW YORK INC. and LONG ISLAND LIGHTING COMPANY d/b/a LIPA,

                Plaintiffs,

-against-

THE VILLAGE OF WESTHAMPTON BEACH, THE VILLAGE OF QUOGUE and THE TOWN OF SOUTHAMPTON,

                Defendants.

Index No. 11-CV-252 (LDW)

## DECLARATION OF ROBERT G. SUGARMAN

1. I, ROBERT G. SUGARMAN, hereby declare under penalty of perjury:

2. I am an attorney licensed to practice in New York and in this court. I am a partner in the law firm of Weil, Gotshal & Manges LLP, attorneys for *amicus curiae* East End Eruv Association, Inc. ("EEEA"), Marvin Tenzer, Morris Tuchman, Clinton Greenbaum, Alan Schechter, Carol Schechter, Jeffrey Lean, Alexa Lean, Deborah Pollack, and Simcha Pollack in this action.

3. Attached as Exhibit A is a true and correct copy of the Long Island Power Authority's list of its eruv attachment agreements. .

4. Attached as Exhibit B is a true and correct copy of a March 7, 2013 news article from the Times Series.

5. Attached as Exhibit C is a true and correct copy of an April 20, 2012 letter from the Suffolk County Board of Rabbis.

6. Attached as Exhibit D is a true and correct copy of pages from the December 9, 2011 hearing before this Court.

7. Attached as Exhibit E is a true and correct copy of pages from the February 4, 2013 hearing before this Court.

Executed on March 21, 2013

>*/s/ Robert G. Sugarman*_____
>**ROBERT G. SUGARMAN**