# ERUV ATTACHMENT AGREEMENTS

| # | Organization | Address | Town | State | Zip |
|---|---|---|---|---|---|
| 1 | Eruv Committee of Atlantic Beach | 1580 Bay Blvd | Atlantic Beach | NY | 11509 |
| 2 | Congregation Ohab Zekek, Inc. (Belle Harbor) | 134-01 Rockaway Beach Blvd. | Belle Harbor | NY | 11694 |
| 3 | East End Eruv Association | 1775 Broadway | New York | NY | 10019 |
| 4 | Elmont Jewish Center | 500 Elmont Road | Elmont | NY | 11003 |
| 5 | Eruv Association of Great Neck, Inc. | 26 Old Mill Road | Great Neck | NY | 11023 |
| 6 | Hampton Synagogue | 154 Sunset Ave | Westhampton E | NY | 11978 |
| 7 | Huntington Eruv Inc. (Young Israel) | 598 Park Ave | Huntington | NY | 11743 |
| 8 | South Shore Eruv Corp (Hewlett) | 1156 Peninsula Blvd. | Hewlett | NY | 11557 |
| 9 | Lawrence/Far Rockaway Eruv Committee of Congregation Kneseth Israel | 25 Central Ave | Lawrence | NY | 11559 |
| 10 | Lido Beach Synagogue | 1 Fairway Road | Lido Beach | NY | 11561 |
| 11 | Young Israel of New Hyde Park | 264-15 77th Ave | New Hyde park | NY | 11040 |
| 12 | Roslyn Synagogue | 257 Garden Street | Roslyn Heights | NY | 11577 |
| 13 | Stony Brook Hebrew Congregation | 51 Hawkins Road | Stony Brook | NY | 11790 |
| 14 | Temple Hillel - Eruv (Valley Stream) | 1000 Rosedal Road | Valley Stream | NY | 11581 |
| 15 | 5-Towns Eruv | NA | NA | NY | NA |
| 16 | Congregation Beth Sholom Chabad (Mineola) | 261 Willis Ave | Mineola | NY | 11501 |
| 17 | Young Israel of Long Beach | 120 Long Beach Blvd | Long Beach | NY | 11561 |
| 18 | Eruv - Merrick | 107 Hewlett Ave | Merrick | NY | 11566 |
| 19 | Young Israel of No. Woodmere | 634 Hungry Harbor Road | North Woodme | NY | 11581 |
| 20 | Young Israel of No. Bellmore | 2428 Hamilton Road | North Bellmore | NY | 11710 |
| 21 | Young Israel of Plainview | 132 Southern Parkway | Plainview | NY | 11803 |
| 22 | Young Israel of E. Northport | 7 Hooper Street | East Northport | NY | 11731 |
|  | Bayswater Community Eruv Association (Far Rock) | 2514 Healy Ave | Far Rockaway | NY | 11691 |
|  | Young Israel of Oceanside | 150 Waukena Ave | Oceanside | NY | 11572 |