# Suffolk County Board of Rabbis

Mailing Address: Rabbi Steven Moss, B'nai Israel, 67 Oakdale-Bohemia Rd., Oakdale, NY 11769
samoss@optonline.net

April 20, 2012

To whom it may concern,

The Suffolk Board of Rabbis (SBR) is the recognized umbrella rabbinic organization in the county by the New York Board of Rabbis bringing together Reconstructionist, Reform, Conservative, and Orthodox rabbis. At the present time, the SBR is the only Jewish organization that can speak for the entire Jewish community of Suffolk County on the various issues that affect Jewish life.

The members of the SBR, whose signatures appear below, are in favor of the construction of an Eruv in the towns of Westhampton Beach, Southampton and Quoque. As the Eruv is an unobtrusive construction that allows those members of the Jewish community to more easily observe Shabbat, Yom Kippur, holy days, and holidays, we see no reason that it should not be allowed. We are also very concerned by the at times uncivil tenor of the discussion regarding the Eruv and have concerns as to the motives of those fighting the building of an Eruv. We also express strong concern for the misrepresentation of the Reform Jewish position on the matter of an Eruv.

An Eruv can be found in many communities in our Metropolitan area as well as throughout the world and has not affected the quality of life of the communities-at-large. We, therefore, hope that this issue can be reconciled and concluded as quickly as possible. We, also, offer our assistance in any way necessary to help achieve this end.

Sincerely,

Rabbi Michael Druin, Jewish Academy of Suffolk County, Commack
Rabbi Howard Hoffman, North Shore Jewish Center, Port Jefferson
Rabbi Meir Goldstein, Commack Jewish Center
Rabbi Joel Levinson, Temple Beth-El, Patchogue
Rabbi Steven Moss, B'nai Israel Reform Temple, Oakdale; President of SBR
Rabbi Rhonda Nebel, Temple Beth Chai, Hauppauge
Rabbi Zev Schostak, Gurwin Geriatric Center
Rabbi Leslie Schotz, The Jewish Center of Bay Shore
Rabbi Helayne Shalhevet, Temple Emeth, Mt. Sinai
Rabbi Bill Siemers, Temple Israel, Riverhead
Rabbi Ian Silverman, East Northport Jewish Center
Rabbi Joe Topek, Hillel, Stony Brook University
Rabbi Jonathan Waxman, Temple Beth Sholom, Smithtown