```
                                                                1

 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK
 2

 3      --------------------------------X
        EAST END ERUV
 4      ASSOCIATION, INC., et al.,
                                         : CV-11-213
 5                                          (LDW)
                 Plaintiffs,
 6                                       : United States Courthouse
           -against-                       Central Islip, New York
 7
        THE VILLAGE OF WESTHAMPTON
 8      BEACH, et al.,
                                         : December 9, 2011
 9                Defendants.              10:15 a.m.
        --------------------------------X
10
                      TRANSCRIPT OF STATUS CONFERENCE
11                BEFORE THE HONORABLE LEONARD D. WEXLER
                    UNITED STATES DISTRICT COURT JUDGE
12

13      APPEARANCES:

14      For the Plaintiffs:       ROBERT G. SUGARMAN, ESQ.
                                  JESSIE MISHKIN, ESQ.
15                                Weil Gotshal & Manges, LLP

16
        For the Defendants:       MAUREEN LICCIONE, ESQ.
17                                Jaspan Schlesinger
                                  300 Garden City Plaza
18                                Garden City, New York 11530
                                  For Southampton Town
19
                                  BRIAN S. SOKOLOFF, ESQ.
20                                LEO DORFMAN, ESQ.
                                  Sokoloff Stern
21                                355 Post Avenue
                                  Westbury, New York 11590
22                                For Westhampton

23                                MARCI HAMILTON, ESQ.
                                  Benjamin Cardozo School of Law
24                                55 Fifth Avenue
                                  New York, New York 10003
25                                For Village of Quogue


                     Paul J. Lombardi, CRR, RPR
                  Official US District Court Reporter
```

## Page 10

```
 1   which I'm looking up, January 2nd.
 2           THE COURT:  It's January 3rd, I believe.
 3           MR. SOKOLOFF:  January 3rd.
 4           THE COURT:  Okay, January 3rd.
 5           In the meantime, they can file and we'll see
 6   what you do and we'll see what the board has to say about
 7   it -- they don't have to file, just do what you have to
 8   do.
 9           MR. SUGARMAN:  Your Honor, in other words, we
10   can go forward with the Eruv in Westhampton Beach.
11           THE COURT:  Subject to what they are going to
12   do, since they say they don't know, they haven't discussed
13   it.
14           So, fine, and they want to make a motion to
15   dismiss.  Okay.  I'm granting it.
16           Let's go to Quogue.
17           MS. DEJONG:  Your Honor, Quogue also would like
18   to make a motion to dismiss.
19           THE COURT:  What do you say concerning your
20   ordinance?
21           You have an ordinance.
22           MS. DEJONG:  We have an ordinance, your Honor,
23   that say the lechis apply.
24           THE COURT:  In your ordinance it says if it
25   interferes with a projection or encroachment and you are
              PAUL J. LOMBARDI, CERTIFIED REALTIME REPORTER
                         Official Court Reporter
```

## Page 11

```
 1   claiming that the stick on the pole interferes with the
 2   egress and interferes with people walking on the streets
 3   and cars.
 4           Okay.  I understand that.
 5           MS. DEJONG:  Your Honor, basically what we are
 6   saying, really, I think the first step is that the
 7   plaintiffs need to apply, that's all.
 8           That's what we are saying at this point.  I
 9   can't tell you what the village is going to say.
10           THE COURT:  I'm going to make the same ruling to
11   them so you will find out what the village will say.
12           MS. DEJONG:  They haven't applied.
13           THE COURT:  When are you going to apply?
14           When are you going to do it?
15           MR. SUGARMAN:  Your Honor, the problem is,
16   unlike Southampton, which had a procedure, there is no
17   procedure in Quogue for us to apply.
18           Counsel says --
19           THE COURT:  She says there is.
20           MR. SUGARMAN:  Your Honor, there is one other
21   point.
22           THE COURT:  It would be so much easier if you
23   applied, they would say yes or no.
24           MR. SUGARMAN:  Your Honor, there are two
25   problems.
              PAUL J. LOMBARDI, CERTIFIED REALTIME REPORTER
                         Official Court Reporter
```

## Page 12

```
 1           One is there is no procedure as there is in
 2   Southampton.  The second is you said it in your decision
 3   and you have repeated it this morning that their argument
 4   that it's an encroachment or a projection is what you said
 5   questionable.
 6           THE COURT:  Good.
 7           It's going to be delayed.  File, will you,
 8   please?
 9           MR. SUGARMAN:  Your Honor, what I would ask the
10   court to do, because this is just further delay, is allow
11   us to put the Eruv up in Quogue and we will then submit an
12   application, although we don't know how.
13           But in the interim, at least, Mr. Lean, for
14   example, who lives in Quogue --
15           THE COURT:  Will you do it my way?  File it.
16           You don't know how, very simple.  Fill out the
17   form and give it to them and see what they do with it.
18   I'm allowing you to go ahead subject to what they do with
19   it and see what the rights are.
20           MR. SUGARMAN:  Allowing us to go ahead and put
21   up the Eruv in Quogue as in Westhampton and apply.
22           THE COURT:  No.  Apply first then do it
23   immediately.
24           MR. SUGARMAN:  Apply first, put up the Eruv
25   immediately, and wait to see what they do.
              PAUL J. LOMBARDI, CERTIFIED REALTIME REPORTER
                         Official Court Reporter
```

## Page 13

```
 1           THE COURT:  There's three separate ordinances
 2   involved.
 3           MR. SUGARMAN:  Correct.
 4           THE COURT:  The one has nothing.
 5           There you can go ahead immediately.  They have
 6   something.  Will you please apply there first.  Do it in
 7   Westhampton Beach.  If they delay it, let me know, and we
 8   will then change our position.
 9           You understand that?
10           MR. SUGARMAN:  Put it up in Westhampton Beach,
11   make an application to Quogue.
12           THE COURT:  Yes.
13           MR. SUGARMAN:  And keep you posted if there is a
14   delay.
15           THE COURT:  Right.
16           MR. SUGARMAN:  But not put it up in Quogue for
17   the moment.
18           THE COURT:  Yes.  Okay.
19           Satisfied?
20           MS. DEJONG:  Yes, your Honor, and --
21           THE COURT:  It's amazing how the boards haven't
22   discussed this issue and we don't know where they stand
23   until an application is made.  Even though they have hired
24   lawyers to fight it, they have never discussed it.
25           Okay.  That's very interesting.
              PAUL J. LOMBARDI, CERTIFIED REALTIME REPORTER
                         Official Court Reporter
```