```
                                                                    1
1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
2

3      --------------------------------X
       EAST END ERUV ASSSOCIATION,
4      INC., et al.,
                                       :  CV 11-0213
5
                Plaintiffs,
6                                      :  United States Courthouse
           -against-                      Central Islip, New York
7
       THE VILLAGE OF WESTHAMPTON
8      BEACH, et al.,
                                       :  February 4, 2013
9               Defendants.               10:30 a.m.
       --------------------------------X
10     VERIZON NEW YORK, INC. and
       LONG ISLAND LIGHTING COMPANY
11     d/b/a LIPA,
                                       :  CV 11-0252
12
                Plaintiffs,
13                                     :
           -against-
14
       THE VILLAGE OF WESTHAMPTON
15     BEACH, THE VILLAGE OF QUOGUE
       And THE TOWN OF SOUTHAMPTON,
16                                     :
                Defendants.
17     --------------------------------X
       JEWISH PEOPLE FOR THE BETTERMENT
18     OF WESTHAMPTON BEACH, et al.,
                                       :  CV 12-3760
19
                Plaintiffs,
20                                     :
           -against-
21
       THE VILLAGE OF WESTHAMPTON
22     BEACH, et al.,
                                       :
23              Defendants.
       --------------------------------X
24
                       TRANSCRIPT OF PROCEEDINGS
25             BEFORE THE HONORABLE LEONARD D. WEXLER
                  UNITED STATES DISTRICT COURT JUDGE
```

*Owen Wicker, RPR*
*OFFICIAL COURT REPORTER*

14

1  therefore suggest to your Honor that you can decide both
2  issues, and issue a preliminary injunction with respect to
3  the Village of Quogue.  Thank you.
4             THE COURT:  Okay.
5             MS. DEJONG:  Your Honor, the Village of Quogue
6  disagrees there is a final determination by the Village of
7  Quogue.
8             THE COURT:  The Village of Quogue has rendered a
9  decision though.
10            MS. DEJONG:  It has rendered a decision, your
11 Honor, and by means of your preliminary injunction
12 decision encouraged and directed the plaintiff to go to
13 the villages to make an application.
14            Well, the plaintiff didn't continue that
15 application.  There's an appeal process, and that appeal
16 process involves an Article 78 proceeding.
17            The Wilson case we cited advises the plaintiff
18 has to go to an appeal proceeding.  In this case, the
19 plaintiff has not made any steps by way of an Article 78.
20            As we've argued all along, your Honor, this
21 issue is more a local and state issue, and the plaintiff
22 is trying to circumvent the administrative process by
23 coming to this Court and saying it is a final decision.
24            Your Honor, it's a final decision in terms of
25 case law --

| | |
|---|---|
| 1 | THE COURT: Counsel, I disagree with you. I |
| 2 | think it is a final decision. So now what do we do. |
| 3 | MS. DEJONG: So your Honor is saying that the |
| 4 | plaintiff doesn't believe they have to go to an Article 78 |
| 5 | proceeding? |
| 6 | THE COURT: That is correct. |
| 7 | MS. DEJONG: The next thing, the board made a |
| 8 | well-reasoned decision -- |
| 9 | THE COURT: If I ask you what you want me to do, |
| 10 | you are telling me they made a -- well, fine, final |
| 11 | decision. I have to decide that. |
| 12 | MS. DEJONG: I would ask you to deny the |
| 13 | preliminary injunction motion and grant our motion to |
| 14 | dismiss. |
| 15 | THE COURT: Denied. |
| 16 | I'm trying to find out if you want a trial on |
| 17 | the preliminary or let's go right to trial on the issue. |
| 18 | MS. DEJONG: Your Honor, I apologize. I'm not |
| 19 | clear on what you are saying. |
| 20 | Are you saying go on a trial today with |
| 21 | regard -- |
| 22 | THE COURT: Not today. If you have more |
| 23 | discovery, I'll give you time and then we'll go to trial. |
| 24 | MS. DEJONG: Your Honor, will you not make a |
| 25 | decision with regard to the preliminary injunction motion |