

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

LEO DORFMAN
LDORFMAN@SOKOLOFFSTERN.COM

April 9, 2013

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

         Re: East End Eruv Assoc. v. Westhampton Beach, et al.
            Docket No. CV-11-0213 (LDW) (AKT)
            Verizon, et al. v. Westhampton Beach, et al.
            Docket No. CV-11-0252 (LDW) (AKT)
            Our File No. 110004

Your Honor:

  We represent defendant Village of Westhampton Beach in the above referenced cases, currently joined for purposes of discovery. We write on behalf of all parties to respectfully request that the Court schedule a conference at its earliest convenience to discuss the status of discovery.

  As Your Honor is probably aware, the parties in both cases submitted forms consenting to have the matter referred to this Court for all purposes. Today, Judge Wexler's chambers advised that he would "so-order" the request. In light of this impending order, and with the April 30th discovery deadline fast-approaching, the parties believe that it would be helpful to have the Court's guidance on a schedule for the remaining discovery, as well as the case going forward.

  Should the Court wish to have the parties in this week, we would propose this Friday, April 12th, after 11:00am as a time when all parties are available, since we will be taking a party deposition in the Central Islip Courthouse.

  Thank you for your consideration of this matter.

                Respectfully submitted,

                SOKOLOFF STERN LLP

                 /s

                LEO DORFMAN

cc: All Counsel via ECF